MAURICE WAINER (State Bar No. 121678)
SNIPPER, WAINER & MARKOFF
270 N. Canon Drive, Penthouse
Beverly Hills, CA 90210
TELEPHONE: (310) 550-5770 ♦ FACSIMILE: (310) 550-6770

Attorneys for Plaintiff FEDERAL
DEPOSIT INSURANCE
CORPORATION as Receiver for
INDYMAC BANK, FSB

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, FSB, <br><br> Plaintiff, <br><br> vs. <br><br> IMPAC FUNDING CORPORATION, a California corporation, <br><br> Defendant. | Case No.  CV09-6965 RC <br><br> **STIPULATION FOR DISMISSAL (WITH PREJUDICE) AND ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the parties to the above-captioned action, Plaintiff Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, FSB, ("Plaintiff" or "FDIC") on the one hand, and Defendant Impac Funding Corporation ("Defendant" or "Impac") on the other hand, that the entire action be dismissed by this Court in

SNIPPER WAINER & MARKOFF
270 N. CANON DRIVE
PENTHOUSE
BEVERLY HILLS, CALIFORNIA 90210
TEL. (310) 550-5770 FAX (310) 550-6770

1

1  its entirety with prejudice, pursuant to Rule 41(a) and (c) of the Federal Rules of

2  Civil Procedure, with each party to bear its own costs and attorneys' fees.

3         IT IS SO ORDERED.

4

5

6  DATE:       June 4, 2010           _____

7                                     JUDGE OF THE UNITED STATES

8                                     DISTRICT COURT, CENTRAL DISTRICT
                                      OF CALIFORNIA
9

10  *C:\MY FILES\INDYMAC v impac funding / stip for dismissal.order thereon doc*

**SNIPPER WAINER & MARKOFF**
270 N. CANON DRIVE
PENTHOUSE
BEVERLY HILLS, CALIFORNIA 90210
TEL. (310) 550-5770 FAX (310) 550-6770

2